No. 76–6679.  DELGADO-LOMELI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–6683.  THOMAS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6687.  VALLE-SALAZAR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–6689.  TAGLIONE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6691.  BENNETT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6695.  JACKSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6699.  BONNER *v.* WARDEN, STATEVILLE CORRECTIONAL CENTER.  C. A. 7th Cir.  Certiorari denied.